**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**CAMERON MASON,**

      **Petitioner,**

      v.

**WARDEN, WARREN**
**CORRECTIONAL INSTITUTION,**

      **Respondent.**

**CASE NO. 2:16-CV-1134**
**CHIEF JUDGE EDMUND A. SARGUS, JR.**
**Magistrate Judge Kimberly A. Jolson**

**OPINION AND ORDER**

On October 13, 2017, the Magistrate Judge issued a *Report and Recommendation* recommending that this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* (ECF No. 13) is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

Petitioner has failed his right to appeal by failing to file objections. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). Therefore, the Court **DECLINES** to issue a certificate of appealability.

**IT IS SO ORDERED**.

                        11-3-2017

                        EDMUND A. SARGUS, JR.
                        Chief United States District Judge